UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PASQUALE AGNONE,

               Plaintiff,

   v.

VINEYARD VINES, LLC,

               Defendant.
---------------------------------------------------------------X

JUDGMENT

24-CV-06598 (LDH) (JMW)

An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on September 30, 2025, adopting the Report and Recommendation of James M. Wicks, dated February 19, 2025, dismissing Plaintiff's amended complaint in its entirety; it is

ORDERED and ADJUDGED that Plaintiff's amended complaint is dismissed in its entirety.

Dated: Brooklyn, New York
       September 30, 2025

Brenna B. Mahoney
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk